# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D23-430
LT Case No. 16-2019-SC-011047-XXXX-MA

_____

VICTOR DERIENZO,

    Appellant,

    v.

TBJ BEHAVIORAL CENTER, LLC
D/B/A RIVER POINT BEHAVIORAL
HEALTH,

    Appellee.

_____

On appeal from the County Court for Duval County.
Jonathan D. Sacks, Judge.

Justin Seth Drach, of Justin Seth Drach, P.A., Jacksonville, for
Appellant.

Michelle Hope Zieger, of Cohen, Blostein & Ayala P.A., Fort
Lauderdale, for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____